## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TERI REINKEMEYER, | ) |
| | ) |
| Plaintiff, | )  Case No. 2:20-CV-02514 |
| | ) |
| v. | ) |
| | ) |
| IRONHORSE DENTAL GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO MODIFY ORDER ADMINISTRATIVELY CLOSING CASE**

Plaintiff, Teri Reinkemeyer ("Plaintiff"), and Defendant, Ironhorse Dental Group, LLC ("Defendant"), by and through their respective counsel of record, hereby jointly move to modify the Court's August 9, 2021 Order Administratively Closing Case (ECF Doc. 47). In support of this Joint Motion to Stay Proceedings, the Parties state as follows:

1. This action, which Plaintiff initiated on October 15, 2020, concerns allegations of sex discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and age discrimination in violation of the Age Discrimination in Employment Act ("ADEA").

2. On July 21, 2021, Defendant filed an ADR Report indicating that the parties have resolved this matter. (ECF Doc. 46.)

3. The parties' confidential resolution involves an agreement not to dismiss the instant action until all conditions have been met, and the parties' agreement contemplates a deadline of December 30, 2021 for the full satisfaction of its conditions.

4. On August 9, 2021, the Court issued an Order administratively closing this action, and ordering the parties to file a stipulation of dismissal by August 31, 2021. (ECF Doc. 47.)

5.      In accordance with the parties' agreement described herein, the parties respectfully request that the Court modify its August 9, 2021 Order to allow the parties until January 7, 2022 within which to file a Stipulation of Dismissal assuming all conditions of the Settlement Agreement have been met.

6.      This Motion is made by the Parties jointly and in good faith.

7.      Neither party will be prejudiced by the granting of this Motion.

WHEREFORE, the Parties hereto respectfully request that the Court grant their Joint Motion to Modify as requested, and issue an order allowing the parties up to and including January 7, 2022, within which to file a Stipulation of Dismissal if all conditions of the parties' resolution have been met or, if necessary, a Status Report.  The Parties additionally request such other and further relief as the Court deems proper and just under the circumstances.

*Respectfully Submitted,*

| SANDERS WARREN RUSSELL & SCHEER LLP | HOLMAN SCHIAVONE, LLC, |
|---|---|
| /s/  *Michael K. Hobbs* | */s/ Kathleen E Mannion* |
| Sean M Sturdivan, KS #21286 | Anne Schiavone, KS #19669 |
| Michael K Hobbs, KS #27841 | Kathleen E. Mannion, KS #25362 |
| 40 Corporate Woods | 4600 Madison Avenue, Suite 810 |
| 9401 Indian Creek Parkway, Suite 1250 | Kansas City, Missouri 64112 |
| Overland Park, KS 66210 | Telephone:  (816) 283-8738 |
| Phone: (913) 234-6137 | Facsimile:   (816) 283-8739 |
| Facsimile: (913) 234-64119 | Email: aschiavone@hslawllc.com |
| Email: s.sturdivan@swrsllp.com | Email: kmannion@hslawllc.com |
| Email: m.hobbs@swrsllp.com | |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |